United States District Court
Southern District of Texas
**ENTERED**
May 23, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JERMAINE RICHARD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-24-4908 |
| | § | |
| SAM'S EAST, INC., | § | |
| | § | |
| Defendant. | § | |

### FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Defendant's Motion for Summary Judgment, the court **ADJUDGES** that Plaintiff take nothing from Defendant.

Costs are taxed against the plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 23rd day of May, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE